David K. Montgomery
Ohio State Bar No. 40276
**JACKSON LEWIS P.C.**
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Tel: (513) 322-5032
Email: david.montgomery@jacksonlewis.com
*Pro Hac Vice*

Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant
Cardinal Health 200, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN MARASCO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINAL HEALTH 200, LLC, a Foreign Limited Liability Company, licensed to do business in the State of Nevada,<br><br>Defendants. | Case No. 2:19-cv-01410-JCM-NJK<br><br>**JOINT STATUS REPORT** |

The Parties, by and through their respective counsel of record, provide this Joint Status Report in accordance with this Court's order of January 30, 2020 [ECF No. 36]. The Parties reached a settlement during the January 30, 2020 Early Neutral Evaluation session. The Parties subsequently completed and executed a formal settlement agreement. The settlement is nearing finalization but has not yet been completed. The Parties respectfully suggest that the Court set another status report to be due March 23, 2020, should a stipulation to dismiss not be filed by that date.

/ / /

There is no other activity in the case to report at this time.

Dated: February 27, 2020

LAW OFFICE OF MARY F. CHAPMAN, LTD.

*/s/ Mary Chapman*
Mary Chapman State Bar No. 002398
8440 W Lake Mead Blvd #203
Las Vegas, NV 89128

*Attorney for Plaintiff
Eileen Marasco*

Dated: February 27, 2020

JACKSON LEWIS P.C.

*/s/ Lynn K. McChrystal*
David K. Montgomery, Ohio Bar No, 40276
Lynne K. McChrystal, Bar No. 14739
Bank of America Plaza
300 Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant
Cardinal Health 200, LLC*

**IT IS SO ORDERED**

**DATED: February 28, 2020**

_____
**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**