David K. Montgomery
Ohio State Bar No. 40276
**JACKSON LEWIS P.C.**
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Tel: (513) 322-5032
Email: david.montgomery@jacksonlewis.com
*Pro Hac Vice*

Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*Cardinal Health 200, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN MARASCO, an individual, | Case No. 2:19-cv-01410-JCM-NJK |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| CARDINAL HEALTH 200, LLC, a Foreign Limited Liability Company, licensed to do business in the State of Nevada, | |
| Defendants. | |

The Parties, by and through their respective counsel of record, provide this Joint Status Report in accordance with this Court's orders of January 30, 2020 [ECF No. 36] and February 28, 2020 [ECF No. 38]. The Parties reached a settlement during the January 30, 2020 Early Neutral Evaluation session. The Parties subsequently completed and executed a formal settlement agreement. On February 27, 2018, the parties field a Joint Status Report stating the settlement was nearing finalization but had not yet been completed [ECF No. 38].

On March 20, 2020, Defendant delivered approximately one-third of the settlement payment to counsel for Plaintiff pursuant to the 30-day deadline provided for in the formal

settlement agreement. The remaining portion of the settlement payment has been delayed by disruptions in the workplace due to the COVID-19 outbreak. However, Defendant will issue the remaining portion of the settlement payment promptly and the Parties anticipate that this matter will be fully resolved.

The Parties respectfully suggest that the Court set another status report to be due April 6, 2020, should a stipulation to dismiss not be filed by that date.

There is no other activity in the case to report at this time.

| | |
|---|---|
| Dated: March 23, 2020 | Dated: March 23, 2020 |
| LAW OFFICE OF MARY F. CHAPMAN, LTD. | JACKSON LEWIS P.C. |
| /s/ Mary Chapman<br>Mary Chapman State Bar No. 002398<br>8440 W Lake Mead Blvd #203<br>Las Vegas, NV 89128<br><br>*Attorney for Plaintiff*<br>*Eileen Marasco* | /s/ Lynne K. McChrystal<br>David K. Montgomery, Ohio Bar No, 40276<br>Lynne K. McChrystal, Bar No. 14739<br>Bank of America Plaza<br>300 Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Cardinal Health 200, LLC* |

**IT IS ORDERED that a stipulation to dismiss or a joint status report is due by April 6, 2020.**

**IT IS SO ORDERED**

**DATED: March 25, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4835-3568-5560, v. 1